IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NASIR ELLIOTT : CIVIL ACTION
:
v. :
:
LOUIS FOLINO, et al. : NO. 13-1944

## ORDER

WILLIAM H. YOHN, JR., S.J.,

AND NOW, this 31st day of July, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and no objections having been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's request to amend his petition is GRANTED.

3. The petition for a writ of habeas corpus, as amended, is placed in suspense until the conclusion of the state appellate proceedings.

4. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., S.J.